WILMER CUTLER PICKERING
 HALE AND DORR LLP
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

Attorneys for Plaintiff
THE GILLETTE COMPANY AND
THE PROCTER AND GAMBLE COMPANY

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION—SANTA ANA**

| | |
|---|---|
| THE GILLETTE COMPANY AND THE PROCTER AND GAMBLE COMPANY<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>SEBRON COMPANY<br><br>　　　　Defendant. | **Case No. SACV08-00154 AG (MLGx)**<br><br>**CONSENT JUDGMENT** |

Upon stipulation of Plaintiffs The Gillette Company ("Gillette") and The Procter and Gamble Company ("Procter & Gamble") and Defendant Sebron Company ("Sebronco") for entry of judgment, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(b) and 1367 and 15 U.S.C. § 1121.

2. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 (b) and (c) and 1400 (b).

3. Sebronco and its owner, Serge Bronstein, understand and acknowledge that Wilmer Cutler Pickering Hale & Dorr, LLP and its attorneys represent Plaintiffs Gillette and Procter & Gamble, and do not represent Serge Bronstein, Sebronco, or its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees or all those acting in concert or participation with any of them.

4. Sebronco, and its owner, Serge Bronstein, understand and acknowledge that they were free to obtain legal counsel to represent Serge Bronstein, Sebronco, or its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees or all those acting in concert or participation with any of them in this matter, but declined to do so.

5. Gillette is the owner of valid and enforceable U.S. Trademark Registration Nos. 767,865 for the trademark GILLETTE, 2,300,839 for the trademark MACH3, 2,599,189 for the trademark MACH3 TURBO and 2,938,899 for the trademark GILLETTE MACH3 TURBO CHAMPION (the "Gillette Marks").

6. Gillette is the owner by assignment of valid and enforceable U.S. Patents relating to its razor blades and cartridge dispensers, including U.S. Patent Nos. 6,612,040; 5,761,814; 6,052,903; 6,041,926; and 5,956,851 ("the Gillette Patents").

7. Gillette claims that counterfeit razor blades and dispensers bearing the Gillette Marks have been sold by Sebronco. Gillette claims, and Sebronco agrees, that

those counterfeit razor blades and dispensers infringe the Gillette Marks and the Gillette Patents.

8. Sebronco, and its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees and all those acting in concert or participation with any of them, are hereby perpetually enjoined and restrained from:

   a. Making, using, selling, offering for sale, or distributing in the United States, or importing into the United States products bearing the Gillette Marks or any mark confusingly similar thereto;

   b. Making, using, selling, offering for sale, or distributing in the United States, or importing into the United States, products that infringe the Gillette Patents;

   c. Using the Gillette Marks on any website (including but not limited to in the metadata of any webpage) that does not contain legally permissible references to genuine Gillette products;

   d. Assisting, aiding, abetting any other person, or inducing or contributing another in engaging in or performing any of the acts prohibited in paragraph 8(a), (b), or (c) above.

9. Each party shall bear its own costs and attorneys' fees.

10. Gillette and Procter & Gamble's motion for a preliminary injunction is withdrawn.

11. The claims by Gillette and Procter & Gamble are dismissed.

12. This Court shall retain continuing jurisdiction to enforce this judgment.

Respectfully submitted,

DATED: March 7, 2008         WILMER CUTLER PICKERING HALE AND
                             DORR LLP

/S/

_____
Elizabeth I. Rogers (SBN: 226234)
Attorneys for Plaintiff THE GILLETTE
COMPANY AND THE PROCTER &
GAMBLE COMPANY

Of Counsel:
WILMER CUTLER PICKERING
  HALE & DORR LLP

David B. Bassett
Alexandra McTague
399 Park Avenue
New York, NY 10022
212-230-8800

Mark Matuschak
Vinita Ferrera
60 State Street
Boston, MA 02109
617-526-6000

Dated:_____     _____
                          Serge Bronstein (pro se)
                          Owner, Sebron Company


ORDER

IT IS SO ORDERED.

Dated: March 18, 2008
                          _____
                          Hon. Andrew J. Guilford
                          U.S. District Court Judge

CASE NO. SACV08-00154 AG (MLGx)     - 4 -     CONSENT JUDGMENT

## PROOF OF SERVICE

I am a citizen of the United States and reside in the State of California. I am employed in Santa Clara County, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1117 California Avenue, Palo Alto, California, 94304.

On March 7, 2008, I served the foregoing document(s) described as:

## CONSENT JUDGMENT

_____ By transmitting via facsimile the document(s) listed above to the facsimile numbers set forth below.

_____ By transmitting via electronic mail the document(s) listed above to the addresses set forth below:

_____ By causing the document(s) listed above to be served by hand delivery on this date on the following:

__X__ By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MR. SERGE BRONSTEIN
SEBRON COMPANY
613 LAS RIENDAS DR. SUITE 201
FULLERTON, CA 92835

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008 at Palo Alto, California.

/S/
_____
Elizabeth I. Rogers

CASE NO. SACV08-00154 AG (MLGx) - 6 - CONSENT JUDGMENT