1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Elizabeth I. Rogers (SBN: 226234)
   elizabeth.rogers@wilmerhale.com
3  1117 California Avenue
   Palo Alto, CA 94304
4  Tel: (650) 858-6000
   Fax: (650) 858-6100
5

6  Attorneys for Plaintiff
   THE GILLETTE COMPANY AND
7  THE PROCTER AND GAMBLE COMPANY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

JS6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION—SANTA ANA

| | |
|---|---|
| THE GILLETTE COMPANY AND THE PROCTER AND GAMBLE COMPANY<br><br>Plaintiffs<br><br>v.<br><br>SEBRON COMPANY<br><br>Defendant. | Case No. SACV08-00154 AG (MLGx)<br><br>**CONSENT JUDGMENT** |

   Upon stipulation of Plaintiffs The Gillette Company ("Gillette") and The Procter and Gamble Company ("Procter & Gamble") and Defendant Sebron Company ("Sebronco") for entry of judgment, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED:

  1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(b) and 1367 and 15 U.S.C. § 1121.

  2. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 (b) and (c) and 1400 (b).

  3. Sebronco and its owner, Serge Bronstein, understand and acknowledge that Wilmer Cutler Pickering Hale & Dorr, LLP and its attorneys represent Plaintiffs Gillette and Procter & Gamble, and do not represent Serge Bronstein, Sebronco, or its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees or all those acting in concert or participation with any of them.

  4. Sebronco, and its owner, Serge Bronstein, understand and acknowledge that they were free to obtain legal counsel to represent Serge Bronstein, Sebronco, or its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees or all those acting in concert or participation with any of them in this matter, but declined to do so.

  5. Gillette is the owner of valid and enforceable U.S. Trademark Registration Nos. 767,865 for the trademark GILLETTE, 2,300,839 for the trademark MACH3, 2,599,189 for the trademark MACH3 TURBO and 2,938,899 for the trademark GILLETTE MACH3 TURBO CHAMPION (the "Gillette Marks").

  6. Gillette is the owner by assignment of valid and enforceable U.S. Patents relating to its razor blades and cartridge dispensers, including U.S. Patent Nos. 6,612,040; 5,761,814; 6,052,903; 6,041,926; and 5,956,851 ("the Gillette Patents").

  7. Gillette claims that counterfeit razor blades and dispensers bearing the Gillette Marks have been sold by Sebronco, ~~as depicted in Exhibit~~. Gillette claims,

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave
Palo Alto, CA 94304

and Sebronco agrees, that those counterfeit razor blades and dispensers infringe the Gillette Marks and the Gillette Patents.

8.  Sebronco, and its officers, directors, principals, agents, partners, employees, subsidiaries, successors, assigns, representatives, affiliates, licensees and all those acting in concert or participation with any of them, are hereby perpetually enjoined and restrained from:

    a.  Making, using, selling, offering for sale, or distributing in the United States, or importing into the United States products bearing the Gillette Marks or any mark confusingly similar thereto;

    b.  Making, using, selling, offering for sale, or distributing in the United States, or importing into the United States, products that infringe the Gillette Patents;

    c.  Using the Gillette Marks on any website (including but not limited to in the metadata of any webpage) that does not contain legally permissible references to genuine Gillette products;

    d.  Assisting, aiding, abetting any other person, or inducing or contributing another in engaging in or performing any of the acts prohibited in paragraph 8(a), (b), or (c) above.

9.  Each party shall bear its own costs and attorneys' fees.

10. Gillette and Procter & Gamble's motion for a preliminary injunction is withdrawn.

11. The claims by Gillette and Procter & Gamble are dismissed.

12. This Court shall retain continuing jurisdiction to enforce this judgment.

                    Respectfully submitted,

DATED: March 7, 2008    WILMER CUTLER PICKERING HALE AND DORR LLP

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave
Palo Alto, CA 94304

/S/

Elizabeth I. Rogers (SBN: 226234)
Attorneys for Plaintiff THE GILLETTE COMPANY AND THE PROCTER & GAMBLE COMPANY

Of Counsel:
WILMER CUTLER PICKERING
  HALE & DORR LLP

David B. Bassett
Alexandra McTague
399 Park Avenue
New York, NY 10022
212-230-8800

Mark Matuschak
Vinita Ferrera
60 State Street
Boston, MA 02109
617-526-6000

Dated:_____

Serge Bronstein (pro se)
Owner, Sebron Company

ORDER

IT IS SO ORDERED.

Dated: **MARCH 17, 2008**

Hon. Andrew J. Guilford
U.S. District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave
Palo Alto, CA 94304

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Elizabeth I. Rogers (SBN: 226234) |
|   | Attorneys for Plaintiff THE GILLETTE |
| 4 | COMPANY AND THE PROCTER & GAMBLE COMPANY |
| 5 | |
| 6 | Of Counsel: |
|   | WILMER CUTLER PICKERING |
| 7 | HALE & DORR LLP |
| 8 | David B. Bassett |
|   | Alexandra McTague |
| 9 | 399 Park Avenue |
|   | New York, NY 10022 |
| 10 | 212-230-8800 |
| 11 | Mark Matuschak |
|   | Vinita Ferrera |
| 12 | 60 State Street |
|   | Boston, MA 02109 |
| 13 | 617-526-6000 |
| 14 | |
| 15 | Dated: 3/7/2008 |
|   | Serge Bronstein (pro se) |
|   | Owner, Sebron Company |
| 16 | |
| 17 | |
| 18 | ORDER |
| 19 | IT IS SO ORDERED. |
| 20 | |
| 21 | Dated:_____ |
| 22 | Hon. Andrew J. Guilford |
|   | U.S. District Court Judge |

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave
Palo Alto, CA 94304

## PROOF OF SERVICE

I am a citizen of the United States and reside in the State of California. I am employed in Santa Clara County, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1117 California Avenue, Palo Alto, California, 94304.

On March 7, 2008, I served the foregoing document(s) described as:

## CONSENT JUDGMENT

\_\_\_\_\_By transmitting via facsimile the document(s) listed above to the facsimile numbers set forth below.

\_\_\_\_\_By transmitting via electronic mail the document(s) listed above to the addresses set forth below:

\_\_\_\_\_By causing the document(s) listed above to be served by hand delivery on this date on the following:

__X__By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MR. SERGE BRONSTEIN
SEBRON COMPANY
613 LAS RIENDAS DR. SUITE 201
FULLERTON, CA 92835

CASE NO. SACV08-00154 AG (MLGx)    - 5 -    CONSENT JUDGMENT

1
2    I declare under penalty of perjury under the laws of the State of California that
3 the above is true and correct.
4    Executed on March 7, 2008 at Palo Alto, California.
5
6                                       /S/
7                           ————————————————
                               Elizabeth I. Rogers

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave
Palo Alto, CA 94304